*E-FILED - 1/27/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTEMIO GONZALES, | ) | No. C 10-2963 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| GEORGE LEOTTI, Warden, | ) | |
| Respondent. | ) | |

The court has dismissed the instant petition for writ of habeas corpus without prejudice. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 1/25/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.10\Gonzales963jud.wpd